IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DEMETRE A. MOORE,**

    **Petitioner,**

**v.**                                                                **Case No. 1:23-cv-124-AW-ZCB**

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 29, 2023 report and recommendation, ECF No. 9, to which there has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice for Petitioner's failure to comply with a court order." The clerk will then close the file.

SO ORDERED on November 1, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge